UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA,
          Plaintiff,

-vs-

ROBERT PISCITELLO,
          Defendant.

05 CR 00030-001

---

### ORDER AUTHORIZING ROBERT PISCITELLO TO SURRENDER ON JUNE 9, 2005 AT USP LEWISBURG SATELLITE CAMP, 2400 ROBERT F. MILLER DRIVE, LEWISBURG, PENNSYLVANIA 17837

Upon the request of Robert Piscitello to allow him to surrender at Lewisburg Satellite Camp on June 9, 2005 instead of the designated date of June 7, 2005 and after consideration of the above and in the interest of Justice, it is;

ORDERED, that Robert Piscitello, the Defendant herein, surrender to USP Lewisburg Satellite Camp at the above address on June 9, 2005 before 2:00 p.m. to begin service of his federal sentence.

*All of the above is so ordered.*

                                                Honorable John T. Elfvin
                                                US District Court Judge